PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Duane Lee Ross**

**Docket No. 0:00CR00235-003(DSD)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Duane Lee Ross** who was sentenced for Possession of Stolen Firearms on February 12, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol
- Participate in drug/alcohol treatment program
- Substance Abuse Testing
- Mandatory drug testing
- No firearms or dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

SPECIAL CONDITION #4: The defendant shall abstain from the use of alcohol and other intoxicants.

On November 14, 2007, the defendant submitted a urine sample which tested positive for cocaine, and the defendant admitted his drug use. On November 20, 2007, the laboratory confirmed the urine test was positive for Benzoylecgonine, the metabolite of cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
JAN 1 0 2008
U.S. DISTRICT COURT

ORDER OF THE COURT

Considered and ordered this 9TH day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer
Telephone: 651-848-1245

Executed on January 8, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission