Prob 49

**FILED BY CLERK OF COURT**

RECEIVED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Duane Lee Ross

Docket No. 0:00CR00235-003

**HEARING WAIVER**

I, Duane Lee Ross, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed:

Duane Lee Ross

Witness:

Lisa L. Martinetto
U.S. Probation Officer

Dated: 12/25/07

SCANNED
JAN 10 2008
U.S. DISTRICT COURT MPLS