PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
APR 09 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Duane Lee Ross**

**Docket No. 0:00CR00235-003(DSD)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Duane Lee Ross** who was sentenced for Possession of Stolen Firearms on February 12, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol
- Participate in drug/alcohol treatment program
- Substance Abuse Testing
- Mandatory drug testing
- No firearms or dangerous weapons

On January 9, 2008: Modification to include 24 hours community service for drug use.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

STANDARD CONDITION # 11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

SPECIAL CONDITION #4: The defendant shall abstain from the use of alcohol and other intoxicants.

During a routine criminal history check, this officer discovered that on November 10, 2007, the defendant was charged with Open Bottle. On December 20, 2007, the defendant paid a fine in Redwood County District Court, Redwood Falls, Minnesota. He did not inform this officer of the law enforcement contact or the offense by telephone or on his written monthly report.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
APR 09 2008
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 9th day of April, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer
Telephone: 651-848-1245

Executed on April 8, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission