Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Duane Lee Ross

Docket No. 0:00CR00235-003

**HEARING WAIVER**

I, Duane Lee Ross, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed: D. Ross

Duane Lee Ross

Witness:

Lisa L. Martinetto
Senior U.S. Probation Officer

Dated: 4/4/08

SCANNED
APR 0 9 2008
U.S. DISTRICT COURT MPLS