PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JUN 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Duane Lee Ross**

**Docket No. 0:00CR00235-003(DSD)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Duane Lee Ross** who was sentenced for Possession of Stolen Firearms on February 12, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol
- Participate in drug/alcohol treatment program
- Substance abuse testing
- Mandatory drug testing
- No firearms or dangerous weapons

On January 9, 2008: Modification to include 24 hours community service for drug use.

On April 9, 2008: Modification to include 60 days remote alcohol monitoring for multiple violations.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

SPECIAL CONDITION #4: The defendant shall abstain from the use of alcohol and other intoxicants.

At the direction of the probation officer and a chemical dependency assessment, the defendant was attending the intensive outpatient treatment program at Project Turnabout in Marshall, Minnesota. On May 4, 2008, the defendant did not attend his treatment session and provided a test which was positive for alcohol. He again missed treatment on May 5, 2008. He was discharged from Project Turnabout at staff request on May 6, 2008, due to alcohol use and failure to follow program rules.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

SCANNED
JUN 12 2008
U.S. DISTRICT COURT

ORDER OF THE COURT

Considered and ordered this 11th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer
Telephone: 651-848-1245

Executed on June 10, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission