Prob 49

FILED BY CLERK OF COURT

RECEIVED
JUN 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Duane Lee Ross

Docket No. 0:00CR00235-003

## HEARING WAIVER

I, Duane Lee Ross, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

Signed: D. Ross
Duane Lee Ross

Witness: [signature]
Lisa L. Martinetto
Senior U.S. Probation Officer

Dated: 6/9/08