**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, )
) 
Plaintiff, )
)
v. )
)
Duane Lee Ross, )
)
Defendant. )

COURTROOM MINUTES - CRIMINAL
BEFORE: Jeanne J. Graham
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 00-235 DSD |
| Date: | July 7, 2008 |
| Court Reporter: | None |
| Tape Number: | 243 |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 11:10 a.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: Nancy Brasel, Assistant U.S. Attorney
Defendant: Caroline Durham
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: July 1, 2008 Offense: Positive ua, failure to complete treatment, arrested while on release

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ with conditions, see Order Setting Conditions of Release**.**

Next appearance date is July 9, 2008 at 2:00 p.m. before U.S. Magistrate Judge Jeanne J. Graham for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

Additional Information:
**Final Revocation hearing on July 31, 2008 at 9:30 a.m. before Judge David S. Doty.**

s/Joan Flood
Criminal Duty Clerk