UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-235(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE LEE ROSS,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-235(DSD)

<u>Defendant Name</u>

Duane Lee Ross

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

W. Anders Folk

Dated: July 8, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332