**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Duane Lee Ross,

Defendant.

# COURT MINUTES - CRIMINAL

BEFORE: Jeanne J. Graham
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 00-235 DSD |
| Date: | July 9, 2008 |
| Court Reporter: | None |
| Tape Number: | 244 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:10 p.m. |
| Time in Court: | 10 Minutes |

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG**
Time in Court Prelim/Det: 2/8

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

## APPEARANCES:

Plaintiff: Nancy Brasel, Assistant U.S. Attorney
Defendant: Caroline Durham
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter / Language: None / English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
☐ Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota

Additional Information:
**Defendant denies allegations, waives preliminary revocation hearing.**
**Final Revocation hearing: July 31, 2008 at 9:30 a.m. before Judge David S. Doty.**

s/Joan Flood
Criminal Duty Clerk