AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0841-0701-1473-D

CASE NUMBER: **CR 00-235 DSD/**

Duane Lee Ross

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Duane Lee Ross

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

Kim Krulas

(By) Kim Krulas, Deputy Clerk

July 1, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

ARRESTED ON 7-3-08
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______

SCANNED
JUL 15 2008
U.S. DISTRICT COURT ST. PAUL