UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-235(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONKA CROW. ET AL.,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-235(DSD)

Defendant Name

Duane Ross

Remove AUSA

W. Anders Folk

Add AUSA

Nancy E. Brasel

Dated: July 21, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Nancy E. Brasel*

BY: Nancy E. Brasel
Assistant U.S. Attorney
Attorney ID No. 266851