**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Duane Ross,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-235(3)(DSD) |
| Date: | July 22, 2008 |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 20 minutes |

## APPEARANCES:

Plaintiff: Nancy Brasel, Assistant U.S. Attorney
Defendant: Caroline Durham ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**

☒ Defendant is sentenced to: 6 months followed by a term of 2 years supervised release term with 120 days in a residential reentry center as approved by the probation officer.

☒ Written order to be issued.

s/ Connie L. Baker
Calendar Clerk